```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 21158
   MARIO J TRENTANELLI
   LORETTA M TRENTANELLI                     CHAPTER 13

                                             JUDGE: MANUEL BARBOSA

            Debtor
   SSN XXX-XX-8008      SSN XXX-XX-6149


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/12/07 and confirmed on 02/15/08.

   2.  The case was converted to Chapter 7 after confirmation, 04/24/2008.

   3.  The Debtor paid a total of $   1960.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
WELLS FARGO FINANCIAL IN  CURRENT MORTG          .00           .00            .00
WELLS FARGO FINANCIAL IN  MORTGAGE ARRE     14112.88           .00            .00
THE LAND GROUP INC        SECURED            7959.00           .00        1846.32
INTERNAL REVENUE SERVICE  PRIORITY           5219.69           .00            .00
CAPITAL ONE BANK          UNSECURED         NOT FILED          .00            .00
CAPITAL ONE               UNSECURED         NOT FILED          .00            .00
CAPITAL ONE BANK          UNSECURED         NOT FILED          .00            .00
CAPITAL ONE BANK          UNSECURED         NOT FILED          .00            .00
DREYER MEDICAL CLINIC     UNSECURED            10.00           .00            .00
INTERNAL REVENUE SERVICE  UNSECURED          2879.92           .00            .00
PROVENA MERCY CENTER      UNSECURED         NOT FILED          .00            .00
RUSH COPLEY               UNSECURED         NOT FILED          .00            .00
ECMC                      UNSECURED          4757.14           .00            .00
WELLS FARGO FINANCIAL IN  UNSECURED          1873.91           .00            .00
ILLINOIS DEPT REVENUE     PRIORITY           4246.82           .00            .00
ILLINOIS DEPT REVENUE     UNSECURED           647.73           .00            .00
ILLINOIS DEPT OF HUMAN S  UNSECURED           468.09           .00            .00
          Summary of disbursements:
------------------------------------------------------------------------
                SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  22071.88   9466.51   10636.79        .00     42175.18
PRINCIPAL PAID       1846.32       .00        .00        .00      1846.32
INTEREST PAID            .00       .00        .00        .00          .00
TOTAL PAID           1846.32       .00        .00        .00      1846.32
The Debtor's attorney, RUDDY MILROY & KING          , was allowed $   3500.00
and was paid $   1226.00  direct and $      .00 through the plan.

The Trustee received $    113.68 .

Refunds to the Debtor totaled $      .00 .
```

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/13/08                            /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE